IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| POSITIVE HEALTH MANAGEMENT, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| RANDY W. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 10-4398 |
| | § | |
| ABN AMRO MORTGAGE GROUP, INC., | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Based on the Recommendation of the Bankruptcy Court, Wells Fargo Mortgage, Inc.'s Motion to Withdraw Reference of Adversary No. 10-03120 is granted. The District Court will try the claims brought by the Trustee against Wells Fargo Home Mortgage, Inc. and adjudicate pretrial matters.

SIGNED on December 2, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge