# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| POSITIVE HEALTH MANAGEMENT, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| RANDY W. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 10-4398 |
| | § | |
| ABN AMRO MORTGAGE GROUP, INC., | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR HEARING

A status conference will be held on **January 26, 2011, at 3:30 p.m.**, in Courtroom 11-B.

Each party receiving notice must provide notice to all other parties, even if it appears that notice has also been provided by the Clerk of Court

SIGNED on January 18, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge