# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| POSITIVE HEALTH MANAGEMENT, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| RANDY W. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 10-4398 |
| | § | |
| ABN AMRO MORTGAGE GROUP, INC., | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In light of the pending motions for summary judgment, the outstanding deadlines are cancelled except for the date of the docket call, August 26, 2011. Instead of docket call, the hearing will be used for arguments on the summary judgment motions.

SIGNED on August 16, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge